NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**Corrected: November 15, 2007**

2007-1306

MUSGRAVE PENCIL CO., INC., GENERAL PENCIL CO., INC.,
SANFORD, L.P., and ROSE MOON, INC.,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee,

and

THREE STAR STATIONERY INDUSTRY CO., LTD.,
ORIENT INTERNATIONAL HOLDING SHANGHAI FOREIGN TRADE CORP.,
and CHINA FIRST PENCIL CO., LTD.,

Defendants,

and

SHANDONG RONGXIN IMPORT & EXPORT CO., LTD.,

Defendant.

George W. Thompson, Neville Peterson LLP, of Washington, DC, argued for plaintiffs-appellants. Of counsel was Casey K. Richter.

Loren Misha Preheim, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee, United States. Of counsel on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director. Of counsel on the brief were Michele D. Lynch, Senior Counsel, and Ahran Kang, Attorney, Office of Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC. Of counsel was Elizabeth Thomas. Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC.

Appealed from: United States Court of International Trade

Senior Judge Thomas J. Aquilino, Jr.

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1306

MUSGRAVE PENCIL CO., INC., GENERAL PENCIL CO., INC.,
SANFORD, L.P., AND ROSE MOON, INC.,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee,

and

THREE STAR STATIONERY INDUSTRY CO., LTD.,
ORIENT INTERNATIONAL HOLDING SHANGHAI FOREIGN TRADE CORP.,
And CHINA FIRST PENCIL CO., LTD.,

Defendants,

and

SHANDONG RONGXIN IMPORT & EXPORT CO., LTD.,

Defendant.

# Judgment

ON APPEAL from the       United States Court of International Trade

in CASE NO(S).       05-00491

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, RADER, and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: November 7, 2007          /s/ Jan Horbaly
                                 Jan Horbaly, Clerk

2007-1306